IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CALLEN CONSTRUCTION, LLC,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>    v.<br><br>ROBERT and MICHELLE MATSUK,<br><br>    Defendants / Counterclaim Plaintiffs / Third-Party Plaintiffs,<br><br>    v.<br><br>LEWIS M. KORNHAUSER, ESQ.,<br><br>    Third-Party Defendant. | Civil No. 15-6056 (RMB/JS)<br><br>**ORDER** |

This matter came before the Court upon Plaintiff's Motion for Partial Summary Judgment [Dkt. No. 49], and Defendants' Motion for Summary Judgment [Dkt No. 51].

For the reasons set forth in the accompanying Opinion of the same date,

IT IS on this **2nd** day of **February 2018**, hereby:

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment is **DENIED WITHOUT PREJUDICE** and Defendants' Motion is **DENIED WITHOUT PREJUDICE** as to the breach of contract claim and

1

**GRANTED** in all other respects.

                                          s/ Renée Marie Bumb
                                      _____
                                      RENÉE MARIE BUMB
                                      UNITED STATES DISTRICT JUDGE